PER CURIAM.
 

 Christopher Fisher appeals the denial of his motion to correct sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(a). In part, Fisher argues that his prison release reoffender (PRR) sentence for the offense of battery on a law enforcement officer is improper under
 
 State v. Hearns,
 
 961 So.2d 211 (Fla.2007). The State properly concedes error.
 
 See Rawl
 
 
 *875
 

 ings v. State,
 
 976 So.2d 1179 (Fla. 5th DCA 2008).
 

 Accordingly, we strike the PRR portion of Fisher’s sentence for battery on a law enforcement officer and remand for resen-tencing on that count.
 
 [1]
 
 We affirm in all other respects.
 

 AFFIRMED IN PART; REMANDED.
 

 MONACO, C.J., ORFINGER and JACOBUS, JJ., concur.
 

 [1]
 

 . Count II, case number 2007-CF-73.